UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMIE LUEVANO,

        Plaintiff,

   v.

DONALD J. TRUMP,

        Defendant.

Case No. 20-cv-08237-HSG

**ORDER OF DISMISSAL**

On November 23, 2020, Plaintiff filed a pleading seeking relief from this Court. ECF No. 1. The Court construed this pleading as an attempt to file a 42 U.S.C. § 1983 action. That same day, the Clerk of the Court informed Plaintiff that this action was deficient because he had not paid the filing fee or had not submitted his complaint on the proper form. ECF Nos. 2, 3. Plaintiff was instructed to respond within twenty-eight days of the date of the order. ECF Nos. 2, 3. The deadline has passed, and Plaintiff has neither paid the filing fee nor submitted a complaint on the proper form, or otherwise communicated with the Court. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, Plaintiff may move to reopen the action. Any such motion must be accompanied by both a complaint on the proper form, and an *in forma pauperis* application on the proper form, with the required supporting documents. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: 1/8/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge