UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE LUEVANO,<br>            Plaintiff,<br>     v.<br>DONALD J. TRUMP,<br>            Defendant. | Case No. 20-cv-08237-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. The Clerk shall enter judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 1/8/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge